UNCLAIMED FUNDS

MAY 24, 2011

#61079

FILED
2011 MAY 25 PM 1:08

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

(05-67095)    DWIGHT HALL
              KELLY HALL
              DEBTORS DID NOT CASH CHECK
              CHECK #497198 FOR $3.21 ✓
              DWIGHT HALL
              KELLY HALL
              546 CEDAR LANE NW
              NEW PHILADELPHIA, OH 44663

08-62174      TARA ARMSTRONG
              DEBTOR DID NOT CASH CHECK
              CHECK #497199 FOR $5.92 ✓
              TARA ARMSTRONG
              11224 CENTER ST
              SANDYVILLE, OH 44671

07-60022      PHILLIP TUCKER, JR
              TRACIE TUCKER
              CREDITOR DID NOT CASH CHECK
              CHECK #497200 FOR $8.20 ✓
              CLEAR CHECK
              750 W HAMPDEN AVENUE
              3RD FLOOR
              ENGLEWOOD, CO 80110

```
. . . . . . . . . . . . -P
. . . . . . . . . . . . +P
                    0 . *

                    3.21+
                    5.92+
                    8.20+
                   17.33*
```